**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00095-CV**

_____

**IN THE INTEREST OF J.E.**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 21-09-13473-CV**

_____

**ORDER**

On March 3, 2022, the trial court signed a final order terminating the parent-child relationship between T.H. and J.E. and between J.E. and J.E. On March 23, 2022, J.E. filed a motion for new trial. On May 4, 2022, the trial court signed an order granting J.E.'s motion for new trial. It appears there is no final order as to J.E. and the order terminating the parent-child relationship is interlocutory as to T.H. "The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record." Tex. R. App. P. 27.2. Accordingly, we

1

abate the appeal and remand the cause to the trial court. *See id.* Upon remand, the trial court may issue such further orders or judgments necessary to create a final, appealable order in this cause. Unless a final, appealable order or judgment is included in a supplemental clerk's record and filed with the clerk of this Court on or before June 24, 2022, the appeal will be reinstated and dismissed for want of jurisdiction.

ORDER ENTERED May 16, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.